# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| DENNIS DARNAY WILLIAMS,<br>    Appellant,<br><br>v.<br><br><br>MARJORIE K. LYNCH,<br>    Appellee. | )<br>)<br>)<br>)<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>)   **CASE NO. 5:13-CV-211-D**<br>) |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Motion to Dismiss the Appeal [D.E. 8] is GRANTED. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JUNE 6, 2013** WITH A COPY TO:

Dennis Darnay Williams, Pro se (via USMS to 604 Humboldt Place, Fayetteville, NC 28314-2571)
Brian Behr (via CM/ECF Notice of Electronic Filing)


June 6, 2013                                      JULIE A. RICHARDS, Clerk
Date                                                Eastern District of North Carolina

                                                                 /s/ Debby Sawyer
                                                                 (By) Deputy Clerk

Raleigh, North Carolina